# First District Court of Appeal
## State of Florida

_____

No. 1D18-3089
_____

RICHARD A. ALEXANDER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

March 13, 2019

PER CURIAM.

AFFIRMED.

WOLF, BILBREY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Richard A. Alexander, pro se, Appellant.

Ashley B. Moody, Attorney General, and Bryan Jordan, Assistant Attorney General, Tallahassee, for Appellee.